THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Bobbie Fleming Ford, Appellant.
 
 
 

Appeal From Spartanburg County
 Gordon G. Cooper, Acting Circuit Court
Judge

Unpublished Opinion No. 2012-UP-155  
 Submitted February 1, 2012  Filed March
7, 2012

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Bobbie
 Fleming Ford appeals the revocation of her probation.  On appeal, Ford argues
 the circuit court abused its discretion in revoking her probation because the
 revocation was without evidentiary support.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority: State v.
 Hamilton, 333 S.C. 642, 647, 511
 S.E.2d 94, 96 (Ct. App. 1999) ("The decision to revoke probation is
 addressed to the discretion of the circuit [court].  This court's authority to
 review such a decision is confined to correcting errors of law unless the lack
 of a legal or evidentiary basis indicates the circuit [court]'s decision was
 arbitrary and capricious." (citations omitted)); id. at 648, 511
 S.E.2d at 97 ("[T]he authority of the revoking court should always be
 predicated upon an evidentiary showing of fact tending to establish a violation
 of the conditions.").  
AFFIRMED.
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.
[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.